# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **MARION R. FLAMMER a/k/a MARION WALKER and LARUE FLAMMER,** : <br> Defendants | **Civil Action No. 1:11-CV-2141** <br><br> **(Judge Conner)** |

## ORDER

AND NOW, this 29th day of May, 2013, upon consideration of the case status report by plaintiff Metropolitan Life Insurance Company ("Metropolitan") (Doc. 13), in which Metropolitan apprised the court that an amicable resolution was reached between Metropolitan and defendant Marion R. Flammer a/k/a Marion Walker, but that unfortunately Ms. Walker passed away on December 1, 2012, and that Metropolitan is therefore requesting a 90 day stay of these proceedings in order to allow Ms. Walker's family time to raise an estate and substitute it as a party to this action, it is hereby ORDERED that Metropolitan's request is GRANTED. Proceedings in the above-captioned matter are hereby STAYED for a period of 90 days from issuance of this order. Counsel for Metropolitan Life Insurance Company shall submit an additional status report on or about August 30, 2013.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge